Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue, Venice, CA 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Medici Textile, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Zoetop Business Co., Ltd.; et al.,<br><br>Defendants. | Case No. 2:22-cv-03740-SSS-MRW<br><u>Hon. Sunshine S. Sykes Presiding</u><br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Medici Textile, Inc. hereby dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

Dated: November 9, 2022    By:    /s/ *Benjamin F. Tookey*
Stephen M. Doniger, Esq.
Trevor W. Barrett, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff